# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CASE NO.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

    Defendant.

_____/

## ORDER DENYING MOTION TO CONTINUE TRIAL AND SETTING HEARING ON MOTION TO SUPPRESS

**THIS CAUSE** comes before the Court upon the "Motion to Continue Trial" (doc. 34) filed by Defendant on July 2, 2007. Defendant's counsel represents that he is preparing a Motion to Suppress based on information he obtained at the detention hearing for the Defendant on May 9, 2007.

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Continue Trial (docs. 34) is hereby *denied*.

2. Trial is rescheduled for **Tuesday, July 17, 2007** at **8:30am** at the United States Courthouse in Tallahassee, Florida.

3. The hearing on the Motion to Suppress is scheduled for **Monday, July 16, 2007** at 8:30am.

4. The Defendant shall file his Motion to Suppress by **Monday, July 9, 2007**.

5. The Government shall file a response to the Motion to Suppress by **Wednesday, July 11, 2007**.

6. By **Wednesday, July 11, 2007**, both parties shall file a list of witness that they intend to call AT TRIAL that includes a brief summary of each witness's testimony and the approximate length of time that the testimony will take.

7. By **Friday, July 13, 2007**, both parties shall submit to the Court all agreed-upon jury instructions to be used AT TRIAL.  Any proposed instructions not agreed to by the other party should be filed by the same day.

**DONE AND ORDERED** this fifth day of July, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge