**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   CASE NO.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

        Defendant.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS CAUSE** comes before the Court upon the "Motion for Extension of

Time for Filing of the Presentence Report" (doc. 77) filed by the Government and

consented to by the Probation Office.  The Government requests a 30-day

extension for the probation office to file its presentence report for Defendant

Sailor.  The Government is requesting this extension of time in order to review

the trial transcripts so that it can provide an accurate calculation to probation as

to the drug quantity to be considered by this Court for the purposes of

sentencing.  The Defendant objects to this motion.

      Upon careful consideration, It is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.      The motions for an extension of time (doc. 77) is *granted*.

2.    The probation officer shall have up to and including **October 10, 2007** to provide the presentence report to the Defendant and the Government.

3.    Sentencing is continued to **November 19, 2007** to allow the Defendant sufficient time to review the presentence report as required under Federal Criminal Procedure Rule 32(e)(2).

**DONE AND ORDERED** this <u>eleventh</u> day of September, 2007.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge