UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

      Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE

**THIS CAUSE** comes before the Court upon the Defendant's "Stipulated Motion to Continue Sentencing" (doc. 89).  The Defendant requests an extension in order to allow the Defendant to receive and review trial transcripts in preparation for the sentencing hearing.  The Government does not object to the granting of this motion.

Upon consideration, It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 89) is *granted*.

2. Sentencing is continued to **Monday, December 17, 2007** to allow the Defendant sufficient time to review the presentence report and prepare objections.

3. Any objections to the pre-sentence report should be filed on or before **Monday, December 3, 2007.**

**DONE AND ORDERED** this seventh day of November, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge