UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

**THIS CAUSE** comes before the Court upon Government's "Motion to Continue Sentencing Hearing" (doc. 98).  Government requests a forty-five day (45) continuance.  As grounds, the Government states the need for more time to respond to the Defendant's objections to the United States Probation Office.  Additionally, logistical considerations will make it difficult for all parties to appear at a hearing in January.

  Finding good cause for the postponement, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue (doc. 98) is hereby *granted*.

2.    Sentencing is reset for **Tuesday, February 19, 2008** at **1:30 pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this tenth day of December, 2007.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  United States District Judge