UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                  Case No.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

**THIS CAUSE** comes before the Court upon the Government's "Motion to Continue Sentencing Hearing" (doc. 109).  As grounds, the Assistant United States Attorney states that he will be out of town for training on the date that the sentencing hearing is currently scheduled.  Defendant does not oppose the granting of this motion.

Finding good cause for the postponement, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue (doc. 109) is hereby *granted*.

2.    Sentencing is reset for **Tuesday, May 27, 2008** at *1:30 pm* at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this twenty-fourth day of March, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge