UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

    Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE comes before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1. On February 26, 2008, this Court entered a Preliminary Order Of Forfeiture against a Money judgment of $1,400.00 in United States Currency pursuant to the provisions of 21 U.S.C. § 853.

2. Rule 32.2(c)(1), Fed. R. Crim. P., provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

It is hereby ORDERED, ADJUDGED and DECREED that the defendant shall forfeit to the United States of America the sum of **$1,400.00 in U.S. currency**.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States of America may, at any time, move pursuant to Rule 32.2(e), Fed. R. Crim. P., to amend this Order of Forfeiture to substitute property having a value not to exceed $1,400.00 to satisfy the money judgment in whole or in part.

DONE AND ORDERED this <u>twenty-fourth</u> day of July, 2008.


<u>*s/ Stephan P. Mickle*</u>
Stephan P. Mickle
United States District Judge