**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

    Defendant.

_____/

**ORDER DENYING GOVERNMENT'S MOTION
FOR ATTORNEY FEE INFORMATION**

THIS CAUSE comes before the Court upon the "Government's Motion to Obtain Attorney Fee Information" (doc. 88) and the Defendant's response in opposition (doc. 97). The parties were permitted to argue their respective positions on this motion at a hearing held on July 21, 2008.

When Defendant appeared at his first appearance in this case, he was told that he could not use the proceeds of illegal activity to pay his attorney's fees. Defendant told the Magistrate Judge that he planned to pay his attorney's fees from a $20,000 award that his sister won in a civil lawsuit. The Government was unable to locate any evidence of the lawsuit.

Defendant then told the Government that he spent that $20,000 on living expenses before he was arrested. The Government now suspects that Defendant used drug proceeds to pay the attorney's fees for his criminal proceedings. The Government obtained recordings of conversation that Defendant had with his sister

while Defendant was in prison.  This conversation involved attempts by the Defendant to obtain a legitimate source of money to pay his attorney's fees.

The Government is concerned that defense counsel unknowingly accepted proceeds of drug activity as payment of legal fees.  The Government sent defense counsel a letter requesting information about the source of Defendant's funds used to pay defense counsel.  The Government also requested information about the Defendant's sister's legal case which was supposed to be the source of the funds.  Defense counsel responded orally that he thought the money came in the form of a check from Defendant's sister.  The Government now comes to this Court requesting that it order the discovery of information regarding the amount, source and method of payment of the attorney's fees for defense counsel.  This Court finds that the request for defense counsel fee information is improper.  Accordingly, it is hereby ORDERED AND ADJUDGED that the Government's Motion to Obtain Attorney Fee Information (doc. 88) is hereby **denied**.

DONE AND ORDERED this twenty-ninth day of July, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge