UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO.: 4:07-CR-035-SPM

JEREMIAH SAILOR,

    Defendant.
_____/

## ORDER APPOINTING NEW CJA COUNSEL

THIS CAUSE comes before the Court upon the "Motion to Withdraw of Counsel" (doc. 140).  In support of the motion, current CJA Counsel, Ryan Thomas Truskoski, advises that he has recently discovered a conflict of interest with his representation of this Defendant.  The Office of the Public Defender has provided the name of another CJA attorney willing and able to take on this case.  For good cause shown, it is therefore

ORDERED AND ADJUDGED as follows:

1.     The motion to withdraw (doc. 140) is hereby ***granted***.

2.     Attorney Ryan Thomas Truskoski is hereby ***discharged*** from this case.

3.     Attorney Robert Harper, Jr, (850) 224-5900, a member in good

standing of the Florida Bar and the Northern District of Florida Bar, is hereby appointed to represent Defendant on his appeal.

DONE AND ORDERED this <u>sixth</u> day of August, 2008.


    <u>_s/ Stephan P. Mickle_</u>
Stephan P. Mickle
United States District Judge