**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                    **Case Nos.      4:07cr35/MCR
                                                                    4:11cv96/MCR/CAS**

**JEREMIAH TYRONE SAILOR**
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 10, 2013. (Doc. 190). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

     Having considered the Report and Recommendation, the court determines that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     Defendant's motion to vacate, set aside or correct sentence (doc. 178) is hereby **DENIED and DISMISSED.**

     3.     A certificate of appealability is **DENIED**.

     **DONE and ORDERED** this 16th day of October, 2013.


_M. Casey Rodgers_
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**